# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC Case Number: 2:14-mj-00239-EFB |
| v. | **JUDGMENT IN CRIMINAL CASE** |
| **MARCI E. BUTLER** | **(Class B Misdemeanor)** |

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| 16 U.S.C. § 551 and 36 C.F.R. § 261.52(a) | Building, Maintaining, Attending, or Using a Fire, Campfire or Stove Fire When Prohibited by Order |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PAY** a fine in the amount of $75.00, a special assessment of $10.00, and restitution in the amount of $0.00.

| Victim Name: | Restitution Amount $ |
| Victim Name: | Restitution Amount $ |
| Victim Name: | Restitution Amount $ |

☒ Total financial obligation of $85.00 due immediately.
☐ Monthly payments of $ , per month for  months commencing on _ and each month thereafter by the _ of the month until paid in full.

☒ **COURT PROBATION** for a term of 12 months, expiring on November 3, 2015. Your conditions of probation are as follows:

1. Your probation shall be unsupervised;
2. You shall not commit another federal, state, or local crime;
3. You shall notify the United States Attorney's Office within 72 hours of being arrested.
4. You shall notify the United States Attorney's Office 10 days prior to any change in residence.
5. You shall perform 50 hours of community service at the Snowline Hospice Thrift Store.
6. You shall provide proof to the United States Attorney's Office of completing at least 10 hours of community service by the end of each month.
7. You shall not operate a motor vehicle unless you possess a valid driver's license and are in compliance with each and every restriction on such license.
8. If applicable, you shall provide the United States Attorney's Office with all documentation relating to your obtaining a valid driver's license within 10 days of coming into possession of such material.

**While on probation and subject to any financial obligation** of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☐ **YOU ARE HEREBY COMMITTED TO THE BUREAU OF PRISONS** to be imprisoned for a term of _ beginning immediately or by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 on _ by _.

☒ **OTHER**: Clerk to file this Judgment sua sponte as of November 3, 2014, the date the defendant was sentenced.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record. The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, #4-200
> Sacramento, CA  95814

**Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

DATED: 4/21/2021

/s/ *Edmund F. Brennan*
_____
**Edmund F. Brennan**
United States Magistrate Judge

CRD  Initials: NAC